MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRA PANGANIBAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 13-3022 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE** |

On January 14, 2014, the parties submitted to the Court a Stipulation and Proposed Order for Compromise Settlement and Release. On January 17, 2014, the Court scheduled a Telephonic Status Conference for January 22, 2013 at 10:30 a.m. Counsel for plaintiff has informed counsel for defendant that he is already scheduled to be in long-standing all-day depositions and will be unable to appear by telephone at this Status Conference. Counsel for plaintiff requests a brief continuance. Counsel for defendant has no objection.

//

//

//

//

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE
CASE NO. CV 13-3022 NC

1  Accordingly, the parties hereby STIPULATE AND REQUEST that the Status Conference be
2  continued from January 22, 2014 to January 24, 2014, or such other later date as the Court may order.

Respectfully submitted,

Dated: January 21, 2014          LAW OFFICES OF WEBER & NIERENBERG

                                 /s/ Joseph S. Nierenberg
                          By:    _____.
                                 JOSEPH S. NIERENBERG
                                 Attorney for Plaintiff

Dated: January 21, 2014          MELINDA HAAG
                                 UNITED STATES ATTORNEY

                                 /s/  Claire T. Cormier
                          By:    _____.
                                 CLAIRE T. CORMIER [1]
                                 Assistant U.S. Attorney

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the telephonic status conference, previously scheduled for January 22, 2014, is hereby rescheduled to __January 24__, 2014 at __11:00__ a.m.

DATED: January _21_, 2014

_____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CASE NO. CV 13-3022 NC